MAX PRICE, Appellant, *v.* NATIONAL SURETY COMPANY, Respondent.

*Bond — Highway Law — motor vehicles — cause of action for loss of services of infant child and medical expenses for her cure within provisions of section 282-b of Highway Law and bond given pursuant thereto.*

*Price v. National Surety Company*, 221 App. Div. 56, reversed.

(Submitted October 6, 1927; decided November 22, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1927, which affirmed an order of Special Term denying a motion by plaintiff to strike out the answer and for summary judgment for the relief demanded in the complaint. The action was brought upon a bond given under section 282-b of the Highway Law whereby defendant agreed to pay any judgment not in excess of an amount named which might be recovered against its principal for death or injury to persons or property caused by the operation of a motor vehicle. Plaintiff sued and recovered for loss of services and expense incurred by reason of an injury to his infant daughter from being struck by the motor vehicle of insured.

The following question was certified: " Is a cause of action for loss of services of an infant child and medical expenses for her cure, embraced within the provisions of section 282-b of the Highway Law and a bond given pursuant thereto? "

*Charles Solomon, Louis P. Goldberg* and *Samuel S. Rosh* for appellants.

*John C. MacCarthy* for respondent.

Order of Appellate Division reversed and motion for summary judgment granted, with costs in all courts on dissenting opinion of PROSKAUER, J., below; question certified answered in the affirmative.

Concur: POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., and KELLOGG, J.